DANIEL G. BOGDEN
United States Attorney
District of Nevada

JUSTIN E. PINGEL
Assistant United States Attorney
Nevada State Bar No. 10186
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: justin.pingel@usdoj.gov

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRADLEY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 2:12-cv-02141-APG-VCF |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC SHINSEKI, Secretary, Department of | ) | |
| Veterans Affairs, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME**
**(Second Request)**

Defendant Eric Shinseki, Secretary of the Department of Veterans Affairs, respectfully requests an extension of time to respond to Plaintiff's Motion for Summary Judgment (ECF 21) of two weeks, up to and including March 7, 2014.

In support of the instant Motion, the Federal Defendant submits the following:

1.      This Motion is brought in order to accommodate the undersigned counsel for the United States.

2.      On January 14, 2014, Plaintiff filed a Motion for Summary Judgment (ECF 21). The United States' response is currently due February 21, 2014.

3.      The extension of time is requested due to government counsel's medical emergency, the basis for the first requested extension, requiring a great deal of additional time away from the office over the past two weeks.

4.      Government counsel has communicated with Plaintiff about this extension and Plaintiff has agreed to it.

5.      The instant motion is filed in good faith and not for the purposes of delay.

WHEREFORE, for the above reasons, the United States respectfully requests the instant Motion extending time to respond until on or about March 7, 2014, be granted.

Respectfully submitted this 21st day of February 2014.

DANIEL G. BOGDEN
United States Attorney

 */s/ Justin E. Pingel*
JUSTIN E. PINGEL
Assistant United States Attorney

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE
DATED:    February 21, 2014

## PROOF OF SERVICE

I, Justin E. Pingel, AUSA, certify that the following individual was served with the **UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME** on this date by the below identified method of service:

**U.S. Mail:**

Bradley Smith
5516 Los Lobos Street
North Las Vegas, Nevada 89031

Dated this 21st day of February 2014.

_/s/Justin Pingel_____
JUSTIN E. PINGEL
Assistant United States Attorney