# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BRADLEY SMITH,<br><br>                Plaintiff,<br><br>vs.<br><br>ERIC SHINSEKI,<br><br>                Defendant. | 2:12-cv-02141-APG-VCF<br><br>**ORDER** |

Before the court is the Plaintiff's Unopposed Motion to Stay Discovery. (#32).

On February 12, 2014, the court granted the parties' stipulated discovery plan and joint request for scheduling order. (#26). Discovery closed on August 4, 2014. On August 5, 2014, Plaintiff filed his Unopposed Motion to Stay Discovery (#32). Since discovery is closed, Plaintiff's motion is denied.

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Stay Discovery (#32) is DENIED.

IT IS FURTHER ORDERED that the hearing, scheduled for 10:00 a.m., September 16, 2014, on Plaintiff's Unopposed Motion to Stay Discovery (#32) is VACATED.

Dated this 4th day of August, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE