DANIEL G. BOGDEN
United States Attorney
District of Nevada

JUSTIN E. PINGEL
Assistant United States Attorney
Nevada State Bar No. 10186
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: justin.pingel@usdoj.gov

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY SMITH, | ) |
| Plaintiff, | ) Case No: 2:12-cv-02141-APG-VCF |
| v. | ) |
| ERIC SHINSEKI, Secretary, Department of Veterans Affairs, | ) |
| Defendant. | ) |

### UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME
(First Request)

Defendant Eric Shinseki, Secretary, Department of Veterans Affairs, respectfully requests an extension of time of six weeks until February 19, 2015, for parties to file dispositive motions.

In support of the instant Motion, the Federal Defendant submits the following:

1.  This Motion is brought in order to accommodate the parties hereto.

2.  On October 10, 2014, the Court granted the Stipulated Discovery Plan and Scheduling Order (ECF #40), which stated that Dispositive Motions were due January 8, 2015. During the October 30, 2014 Status Conference, the Court ordered the case to proceed under the current scheduling order.

3. In addition to this case, Plaintiff has two other active cases. In *Smith v. Lopez, et al.*, 2:13-cv-00892-GMN-PAL, after the United States' Motion to Dismiss was granted on December 29, 2014, the Court granted Plaintiff time until January 26, 2015, to file a second amended complaint. Additionally, Plaintiff's appeal in *Smith v. Merit System Protection Board*, 14-72578, is currently being briefed.

4. Also, Government counsel is continuing to deal with a medical emergency, which has required a great deal of additional time away from the office over the past several weeks.

5. Due to the time constraints listed above, the parties have agreed that in this case a delay of six weeks to file dispositive motions is in the best interest of both parties.

6. The instant motion is filed in good faith and not for the purposes of delay.

WHEREFORE, for the above reasons, the United States respectfully requests the instant Motion extending time to file dispositive motions until February 19, 2015, be granted.

Respectfully submitted this 6th day of January 2015.

DANIEL G. BOGDEN
United States Attorney

 */s/ Justin E. Pingel*
JUSTIN E. PINGEL
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: January 6, 2015

2