DANIEL G. BOGDEN
United States Attorney
District of Nevada

JUSTIN E. PINGEL
Assistant United States Attorney
Nevada State Bar No. 10186
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: justin.pingel@usdoj.gov

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY SMITH, | ) |
| Plaintiff, | ) Case No: 2:12-cv-02141-APG-VCF |
| v. | ) |
| ROBERT A. MCDONALD, Secretary, Department of Veterans Affairs, | ) |
| Defendant. | ) |

**FEDERAL DEFENDANT'S MOTION FOR EXTENSION OF TIME**
**(First Request)**

Federal Defendant Robert A. McDonald, Secretary, Department of Veterans Affairs, respectfully requests an extension of time of seven (7) days until May 1, 2015, to file a reply to Plaintiff's Opposition (ECF #51) to Federal Defendant's Motion for Summary Judgment (ECF #49).

In support of the instant Motion, the Federal Defendant submits the following:

1. This Motion is brought in order to accommodate the undersigned counsel for the Federal Defendant.

1

2.     On March 23, 2015, the Federal Defendant filed a Motion for Summary Judgment. Plaintiff filed his Opposition on April 7, 2015. The Federal Defendant's reply is currently due April 24, 2015.

3.     The requested extension of time is necessary in order for Government counsel to obtain additional information and documentation from the agency which is needed to file an adequate reply.

WHEREFORE, for the above reasons, the Federal Defendant respectfully requests the instant Motion extending time to file a reply until May 1, 2015, be granted.

Respectfully submitted this 24th day of April 2015.

>DANIEL G. BOGDEN
>United States Attorney
>
> */s/ Justin E. Pingel*
>JUSTIN E. PINGEL
>Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 27, 2015

2